UNITED STATES DISTRICT COURT
WESTERN DIVISION OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

<u>DECISION AND ORDER</u>

08-CR-6226L
10-CV-6564L

                               v.

RICKY LEE WINTERS,

                              Defendant.
_____

        By motion (Dkt. #68), defendant, Ricky Lee Winters, moves to amend his petition brought pursuant to 28 U.S.C. § 2255. The motion is granted and defendant must file the amended petition on or before August 10, 2012.

        IT IS SO ORDERED.

                                       _____
                                         DAVID G. LARIMER
                                     United States District Judge

Dated: Rochester, New York
       July 5, 2012.