UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                    <u>ORDER</u>

                                    08-CR-6226L
                                    10-CV-6564L

       v.

RICKY LEE WINTERS,

                Defendant.
_____

      Defendant's motion for reconsideration (Dkt. #76) of this Court's order denying defendant's § 2255 motion (Dkt. #73) is in all respects denied.

      IT IS SO ORDERED.

                                    _____
                                        DAVID G. LARIMER
                                    United States District Judge

Dated: Rochester, New York
       January 23, 2013.